# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 09-21305 |
| | ) | |
| **Larry Barbour** | ) | Chapter 13 |
| **Beverly L. Barbour,** | ) | |
| | ) | Judge: Harris |
| **Debtors.** | ) | |

## DEBTORS' MOTION TO PAY MORTGAGE PAYMENTS OUTSIDE OF CHAPTER 13 PLAN

The Debtors, by and through counsel, request to pay their mortgage payments outside of their Chapter 13 Plan. Debtors had no mortgage arrears on the date of filing and wish to make their mortgage payments directly to the mortgage company.

**WHEREFORE**, Debtors request that the Court issues an order allowing the debtors to pay their mortgage payments outside of the Chapter 13 Plan, and for such other relief as this Court deems just.

Respectfully submitted,

/s/ Debra Booher
Debra E. Booher (#0067804)
Attorney for Debtors
One Cascade Plaza, 1st floor
Akron, OH 44308
Tel 330.253.1555
Fax 330.253.1599
Charlotte@bankruptcyinfo.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed by regular U.S. Mail, unless otherwise noted, on the 29th day of January 2010 to the parties denoted below:

U.S. Trustee (via ECF)
Craig Shopneck, Trustee (via ECF)
HSBC Consumer Lending Mortgage Services, servicer for Household Realty Corp, c/o Scott P. Ciupak, Law Offices of John D Clunk , Creditor (via ECF)

/s/ Debra Booher
Debra E. Booher (#0067804)
Attorney for Debtors