<div style="text-align:center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

</div>

| | | |
|---|---|---|
| **In re:** | ) | Case No. 09-21305 |
| | ) | |
| **Larry Barbour** | ) | Chapter 13 |
| **Beverly L. Barbour,** | ) | |
| | ) | Judge: Harris |
| **Debtors.** | ) | |

<div style="text-align:center">

**NOTICE OF MOTION TO PAY MORTGAGE PAYMENTS OUTSIDE OF CHAPTER 13 PLAN**

</div>

Debtors have filed a Motion with this Court Pay Mortgage Payments Outside of Chapter 13 Plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. (If you do not have an attorney you may wish to consult one.)

If you do not want the Court to grant said Motion, or if you want the Court to consider your views on the Motion, then on or before **February 25, 2010**, you or your attorney must:

**File with the Court a written request for a hearing and a written response explaining your position at:**

<div style="text-align:center">

U.S. Bankruptcy Court
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114

</div>

If you mail your request and response to the court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

**You must also mail a copy to:** Debra Booher & Associates Co., LPA
Attorney for Debtors
One Cascade Plaza, 1st floor
Akron, OH 44308

**And you must attend a hearing scheduled to be held on: THURSDAY, MARCH 4, 2010 at 1:00PM in Courtroom 1A at:**

<div style="text-align:center">

**U.S. Bankruptcy Court**
**H.M. Metzenbaum U.S. Courthouse**
**201 Superior Avenue**
**Cleveland, Ohio 44114**

</div>

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an Order granting the same.

<div style="margin-left:50%">

/s/ Debra E. Booher
Debra E. Booher, #0067804
Attorney for the Debtors
One Cascade Plaza, 1st floor
Akron, Ohio 44308
Tel 330.253.1555 Fax 330.253.1599
charlotte@bankruptcyinfo.com

</div>

## CERTIFICATE OF SERVICE

      A copy of the foregoing was mailed by regular U.S. Mail, unless otherwise noted, on the 29th day of January 2010 to the parties denoted below:

U.S. Trustee (via ECF)
Craig Shopneck, Trustee (via ECF)
HSBC Consumer Lending Mortgage Services, servicer for Household Realty Corp, c/o Scott P. Ciupak, Law Offices of John D Clunk , Creditor (via ECF)

                                            /s/ Debra Booher
                                            Debra E. Booher (#0067804)
                                            Attorney for Debtors